[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 1223.]

OFFICE OF DISCIPLINARY COUNSEL v. FORTADO.

[Cite as Disciplinary Counsel v. Fortado, 1998-Ohio-490.]

(No. 95-1665—Submitted and decided December 22, 1998.)

ON APPLICATION FOR TERMINATION OF PROBATION.

————————————

{¶ 1} On February 28, 1996, this court suspended respondent, Matthew Fortado, for two years, with one year to be stayed on conditions. On August 22, 1997, the court stayed the last year of his two-year suspension and placed him on probation for a period of one year on conditions. On August 24, 1998, respondent filed an application for termination of probation.

{¶ 2} The court comes now to consider its order of August 22, 1997, and finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(9).

{¶ 3} THEREFORE, IT IS ORDERED by the court that the probation of Matthew Fortado, Attorney Registration No. 0010597, last known address in Akron, Ohio, be, and hereby is, terminated.

{¶ 4} IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier cases, see *Disciplinary Counsel v. Fortado* (1998), 81 Ohio St.3d 1518, 692 N.E.2d 1021; *Disciplinary Counsel v. Fortado* (1997), 79 Ohio St.3d 1232, 683 N.E.2d 782; and *Disciplinary Counsel v. Fortado* (1996), 74 Ohio St.3d 604, 660 N.E.2d 1154.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————